# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. 1:18-cv-01682-DAD-SAB |
| Plaintiff, | ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| J.S.T. LLC, et al., | |
| Defendants. | |

On February 20, 2019, Plaintiff Rafael Arroyo, Jr. filed an application to continue the scheduling conference in this action to allow for the defendants to be served. Upon finding good cause, IT IS HEREBY ORDERED that the mandatory scheduling conference is CONTINUED from February 26, 2019 to **April 30, 2019, at 9:00 a.m**. in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file a joint scheduling report at least seven (7) calendar days prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: **February 25, 2019**

UNITED STATES MAGISTRATE JUDGE

1