# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>J.S.T. LLC, et al., <br><br>　　　　Defendants. | Case No. 1:18-cv-01682-DAD-SAB <br><br> ORDER REQUIRING PLAINTIFF TO EITHER FILE A MOTION FOR DEFAULT JUDGMENT OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE <br><br> THIRTY DAY DEADLINE |

Rafael Arroyo, Jr., ("Plaintiff"), filed this action against J.S.T. LLC and Chase, Inc. (collectively "Defendants") alleging violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seq. (ECF No. 1.) After no response to the complaint was filed, default was entered against Defendants on March 27, 2019. (ECF Nos. 10, 11.) As of this date, no motion for default judgment has been filed.

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D.Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, the plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and

1

whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir. 1991) (internal punctuation and citations omitted).

Having been no activity in in this action since the entry of default, the Court shall order Plaintiff to either file a motion for default judgment or show cause why this action should not be dismissed for Plaintiff's failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a motion for default judgment or file a written response showing cause why this action should not be dismissed for Plaintiff's failure to prosecute; and

2. Failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**July 11, 2019**__

UNITED STATES MAGISTRATE JUDGE