# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> J.S.T. LLC, et al., <br><br> Defendants. | Case No. 1:18-cv-01682-DAD-SAB <br><br> ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE <br><br> FIVE (5) DAY DEADLINE |

Rafael Arroyo, Jr., ("Plaintiff"), filed this action against J.S.T. LLC and Chase, Inc. (collectively "Defendants") alleging violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seq. (ECF No. 1.) Default was entered against Defendants on March 27, 2019. (ECF Nos. 10, 11.) On July 11, 2019, the Court ordered Plaintiff to either file a motion for default judgment, or a written response showing why this action should not be dismissed for failure to prosecute. (ECF No. 13.) On August 9, 2019, Plaintiff filed a motion for default judgment and set the motion for hearing on September 25, 2019. (ECF No. 15.) On September 25, 2019, the Court held a hearing on Plaintiff's motion for default judgment, however, Plaintiff failed to make any appearance or notify the Court that Plaintiff would not be appearing for the hearing.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000). The Court shall order Plaintiff to show cause why this action should not be dismissed for Plaintiff's failure to appear at the hearing on Plaintiff's motion for default judgment and for failure to prosecute this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **five (5) days** from the date of service of this order, Plaintiff shall file a written response showing cause why this action should not be dismissed for Plaintiff's failure to appear at the hearing and for failure to prosecute; and

2. Failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **September 25, 2019**

UNITED STATES MAGISTRATE JUDGE